UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                    :   Chapter 11
                                          :
AMERICAN HOME MORTGAGE                    :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]  :
                                          :   Jointly Administered
                    Debtors.              :
                                          :   **Ref. Docket. No. 4293**
                                          :
---------------------------------------------------------------- x

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that, pursuant to Rule 8001 of the Federal Rules of Bankruptcy Procedure, the above captioned debtors and debtors-in-possession (collectively, the "Debtors"), by and through their undersigned counsel, hereby appeal under 28 U.S.C. § 158(a) to the United States District Court for the District of Delaware from this Court's Order Granting Motion of McLain Partners II, LLC for Payment of Administrative Expense Claim dated May 28, 2008 [Docket No. 4293] (the "Order"). A copy of the Order is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that the names of all parties to the order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

| The Debtors | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>James L. Patton, Jr.<br>Pauline K. Morgan<br>Sean M. Beach<br>Matthew B. Lunn<br>Kara Hammond Coyle<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600 |
|---|---|
| McLain Partners II, LLC | POLSINELLI SHALTON FLANIGAN SUELTHAUS PC<br>Christopher A. Ward<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-4840 |

PLEASE TAKE FURTHER NOTICE that the names of other interested parties to the order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| The Official Committee of Unsecured Creditors | BLANK ROME LLP<br>Bonnie Glantz Fatell<br>David W. Carickhoff, Jr.<br>1201 Market Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 425-6400<br><br>-and-<br><br>HAHN & HESSEN LLP<br>Mark S. Indelicato<br>Mark T. Power<br>488 Madison Avenue, 15th Fl<br>New York, NY 10022<br>Telephone: (212) 478-7200 |
|---|---|

Dated: Wilmington, Delaware
      June 9, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ signature*
_____
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors-in-Possession

# **EXHIBIT A**

Case 1:08-cv-00411-JJF   Document 1   Filed 07/07/2008   Page 4 of 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                         :    Chapter 11
                                                               :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                         :    Case No. 07-11047(CSS)
a Delaware corporation, et al.,                                :    Jointly Administered
                                                               :
              Debtors.                                         :    Related to Docket No. 3465
---------------------------------------------------------------x

### ORDER GRANTING MOTION OF McLAIN PARTNERS II, LLC FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

Upon consideration of the *Motion for Payment of Administrative Expense Claim* ("Motion") of McLain Partners II, LLC, a Missouri limited liability company ("McLain") for an order that allows and directs payment of its administrative expense claim against the above-captioned debtors and debtors-in-possession ("Debtors") pursuant to sections 503(b) and 365(d)(3) of the Bankruptcy Code; and upon consideration of any and all objections and/or responses that were filed in opposition to the Motion; and it appearing that due and proper notice of the Motion has been given to all interested parties in this case; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. McLain is hereby deemed to have an allowed administrative expense claim in the amount of $~~65,625.00~~ 61,250.00 pursuant to sections 503(b) and 365(d)(3) of the Bankruptcy Code.

3. The Debtors are directed to pay McLain the amount of $~~65,625.00~~ 61,250.00 within 10 days from the date of this Order.

Dated: May 28, 2008

_____
United States Bankruptcy Judge

#601314v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                              :     Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,              :     Case No. 07-11047(CSS)
a Delaware corporation, et al.,                     :     Jointly Administered
                                                    :
                              Debtors.              :     Related to Docket No. 3465
---------------------------------------------------------------x

### ORDER GRANTING MOTION OF McLAIN PARTNERS II, LLC FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

Upon consideration of the *Motion for Payment of Administrative Expense Claim* ("Motion") of McLain Partners II, LLC, a Missouri limited liability company ("McLain") for an order that allows and directs payment of its administrative expense claim against the above-captioned debtors and debtors-in-possession ("Debtors") pursuant to sections 503(b) and 365(d)(3) of the Bankruptcy Code; and upon consideration of any and all objections and/or responses that were filed in opposition to the Motion; and it appearing that due and proper notice of the Motion has been given to all interested parties in this case; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. McLain is hereby deemed to have an allowed administrative expense claim in the amount of $~~65,625.00~~ 61,250.00 pursuant to sections 503(b) and 365(d)(3) of the Bankruptcy Code.

3. The Debtors are directed to pay McLain the amount of $~~65,625.00~~ 61,250.00 within 10 days from the date of this Order.

Dated: May 28, 2008

_____
United States Bankruptcy Judge

#601314v1

UNITED STATES BANKRUPTCY
COURT DISTRICT OF DELAWARE

APPEAL TRANSMITTAL SHEET

Bankruptcy Case Number: 07-11047 (CSS)

**Title of Order Appealed**:

Order Granting Motion of McLain Partners II, LLC for Payment of Administrative Expense Claim. Order Signed on 5/28/2008, Docket #4293.

**Item Transmitted**:   Notice of Appeal, Docket Number 4476
**Date Filed**:         June 9, 2008

**Notice of Appeal**.  Docket #4476
**Appellant's Designation of Items & Statement of Issues**.   Docket #4737

**Appellant:**

James L. Patton, Jr.
Pauline K. Morgan
Sean M. Beach
Matthew B. Lunn
Kara Hammond Coyle
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600

**Appellee:**

Christopher A. Ward
POLSINELLI SHATON FLANIGAN
SUELTHAUS PC
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801

**The Official Committee of Unsecured Creditor Committee**

Bonnie Glantz Fatell
David W. Carickhoff, Jr.
BLANK ROME LLP
1201 Market Street
Wilmington, Delaware 19801
Telephone: (302) 425-6400

-and-

Mark S. Indelicato
Mark T. Power
HAHN & HESSEN LLP
488 Madison Avenue, 15th FL
New York, NY 10022
Telephone: (212) 478-7200

**Filing Fee Paid**:    X Yes    __ No

IFP Motion Filed by Appellant?    __ Yes    __ No

Have Additional Appeals to the Same Order been Filed?    __ Yes    X No
If so, has District Court assigned a Civil Action Number?

Additional Notes: **Appellee did not file a Designation of Additional Items to be included in the record.**

  July 7, 2008                                        Teresa Southerland
Date                                                  Deputy Clerk


Bankruptcy Court Appeal (BAP) Number:   BAP-08-40

**FOR USE BY U.S. BANKRUPTCY COURT**